# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

PHILLIP DEWAYNE STEWART,
ADC #151956                                                                                        PLAINTIFF

v.                                   3:20-cv-00030-DPM-JJV

FAUST, Warden, North Central Unit,
Arkansas Division of Correction; *et al.*                                                 DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to Chief United States Judge D. Price Marshall Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.     Why the record made before the Magistrate Judge is inadequate.

2.     Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## **DISPOSITION**

Phillip Dewayne Stewart ("Plaintiff"), incarcerated at the North Central Unit of the Arkansas Department of Corrections, filed this action *pro se* pursuant to 42 U.S.C. § 1983. (Doc. No. 2.) Plaintiff sued multiple North Central Unit officials in connection with his placement in isolation after he reported another inmate sexually threatened him. (*Id.* at 4.)

On January 31, 2020, I denied Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* ("IFP") based on his litigation history.[1] (Doc. No. 3.) As I noted in the January 31 Order, Plaintiff did not satisfy the imminent danger exception to the three strikes rule. (*Id.* at 2.) Because I determined Plaintiff was not in imminent danger, I directed him to pay the $400.00 filing and administrative fee within twenty-one (21) days if he wished to proceed with this lawsuit. (*Id.*) On February 10, 2020, I denied Plaintiff's second Motion for Leave to Proceed IFP noting that nothing in Plaintiff's new motion indicates that he qualifies for the imminent danger exception. (Doc. No.

---

[1] Prior to filing this lawsuit, Plaintiff had at least five cases dismissed for failing to state a claim upon which relief may be granted. *See Stewart v. Griffen*, 4:17-cv-00579-BRW (E.D. Ark. Sep. 14. 2017); *Stewart v. Evans*, 5:16-cv-00081-DPM (E.D. Ark. Mar. 24, 2016); *Stewart v. Hobbs*, 6:15-cv-06023-PKH (W.D. Ark. Jan. 26, 2016); *Stewart v. Murphy*, 6:14-cv-06077-PKH (W.D. Ark. Mar. 15, 2015); *Stewart v. Hobbs,* 5:13-cv-00381-JLH (E.D. Ark. Jan. 31, 2014).

5.)  I directed Plaintiff to pay the $400 filing fee within twenty-one (21) days and advised him that his failure to do so would result in a recommendation that this action be dismissed without prejudice.  (*Id*.).

Plaintiff has not paid the filing fee or otherwise responded to my February 10 Order and the time for doing so has passed.  While Plaintiff asserts that "this is an imminent danger claim" (Doc. No. 2 at 4), I find nothing in Plaintiff's filings indicates he is in imminent danger of serious physical harm.  (*Id*.).  Accordingly, I recommend that this action be dismissed without prejudice.

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 3rd day of March 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE