# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

PHILLIP DEWAYNE STEWART
ADC #151956                                                              PLAINTIFF

v.                             No. 3:20-cv-30-DPM

FAUST, Warden, North Central
Unit, ADC; PIERCE, Deputy
Warden, North Central Unit, ADC;
and POOL, Lieutenant, North
Central Unit, ADC                                                       DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 6*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Stewart's complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 March 2020