IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PHILLIP DEWAYNE STEWART
ADC #151956                                                                    PLAINTIFF

v.                          No. 3:20-cv-30-DPM

FAUST, Warden, North Central
Unit, ADC; PIERCE, Deputy
Warden, North Central Unit, ADC;
and POOL, Lieutenant, North
Central Unit, ADC                                                              DEFENDANTS

## JUDGMENT

Stewart's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 March 2020